RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/26/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES | CIVIL ACTION NO. 12-00343 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| OKALEKAN TEJU | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the defendant's oral motion to represent himself is **GRANTED** and Mr. Blanchard is relieved of his duties as court appointed counsel for defendant with the proviso that he continue as standby counsel.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 26 day of February, 2013.

Dee D. Drell, Chief Judge
**UNITED STATES DISTRICT JUDGE**